FILED
 2008 Dec-08 PM 02:10
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| PAUL WILLIAMSON, SR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.4:08-CV-1253-PWG |
| ST. CLAIR COUNTY COMMISSION, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed his findings and recommendation on November 12, 2008. The parties were referred to Rule 72 of the *Federal Rules of Civil Procedure*. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the complaint filed by Plaintiff is due to be dismissed. A Final Judgment will be entered.

**DONE** and **ORDERED** this    8th    day of December, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE